SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>JIZIN ZHANG, et al,<br><br>　　　　Defendants | Case No.: 2:09-cv-01423-FCD-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JIZIN ZHANG AND ORDER**<br><br>Complaint Filed:  MAY 22, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Jizin Zhang) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (Jizin Zhang) is dismissed because this Defendant is deceased.

Dated: August 24, 2009　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  August 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1